**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Roderick Dunbar,                          Case No.
                                          Judge:

     Plaintiff,

V

Chrysler Group, LLC,
A Delaware Corporation,

     Defendant.
_____/

**HERBERT A. SANDERS (P43031)**
THE SANDERS LAW FIRM, P.C.
Attorney for the Plaintiff
615 Griswold, Suite 913
Detroit, MI 48226
haslawpc@gmail.com
Phone:  (313) 962-0099
Fax:  (313) 962-0044

_____/

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.

**COMPLAINT AND JURY DEMAND**

1

**NOW COMES** Plaintiff, Roderick Dunbar, by and through his attorney Herbert A. Sanders of The Sanders Law Firm, P.C., and for his Complaint against Defendant Chrysler Group, LLC, A Delaware Corporation, states as follows:

1.    Plaintiff is an African American who is a citizen and resident of the City of Detroit, Wayne County, Michigan.

2.    Defendant Chrysler is a Delaware Corporation which has its corporate headquarters in Oakland County, Michigan.

3.    In this action, plaintiff alleges a cause of action under the Elliott-Larsen Civil Rights Act and venue is proper in this Court.

4.    Jurisdiction in this Court is based upon 28 USC §1332.

5.    The amount in controversy is in excess of $75,000.00 exclusive of interest, cost, and attorney fees.

6.    Plaintiff commenced his employment with Defendant on October 3, 1994 as a Journeyman Pipefitter.

7.    Plaintiff at all relevant times competently and satisfactorily performed his duties and responsibilities.

8.    On July 14, 2014, Chrysler suspended Plaintiff for being under the influence of alcohol and for sleeping on the job. See Exhibit 1.

9. Before Plaintiff was suspended, he was examined by a Plant Nurse whose written statement indicated that she concluded that Plaintiff was not under influence of alcohol. See Exhibit 2.

10. Plaintiff denied that he was sleeping on the job.

11. Further, Plaintiff's white co-workers frequently sleep on the job, as Plaintiff's supervisors were aware of same.  See Exhibit 3.

12. On July 22, 2014, Chrysler terminated Plaintiff's employment for being under the influence of alcohol and for sleeping on the job. See Exhibit 1.

## COUNT I

13. Plaintiff repeats and realleges the allegations of paragraphs 1 through 12 of Plaintiff's Complaint.

14. Chrysler discriminated against Plaintiff because of his race by disciplining him for reasons which were not true and by disciplining him for alleged misconduct, for which Plaintiff's white co-workers were not disciplined.

15. Chrysler's discrimination against Plaintiff has caused Plaintiff to suffer economic and emotional distress damages.

16. At all material times, Defendant was an employer, covered by and within the meaning of the Michigan Elliot-Larsen Civil Rights Act.

17. Plaintiff's race was a factor that made a difference in Defendant's decision to subject him to the wrongful and discriminatory treatment described above.

18. Defendant, by it's agents, representatives, and employees, were predisposed to discriminate on the basis of race and acted in accordance with that predisposition.

19. Defendant's actions were intentional, with reckless indifference to Plaintiff's rights and sensibilities.

20. If Plaintiff had been Caucasian, he would not have been treated in the manner described.

21. As a direct and proximate result of Defendant's wrongful acts and omissions, Plaintiff has sustained loss of earnings, earning capacity, and fringe benefits and has suffered mental anguish, physical and emotional distress, humiliation and embarrassment, and loss of professional reputation.

WHEREFORE, Plaintiff requests the Court to enter a judgment against Defendant in an amount exceeding $75,000.00, exclusive of costs, interest, and attorney fees, and also award to Plaintiff such other relief as may be applicable under statutory and common law, including interest, costs and attorney fees associated with this action.

## JURY DEMAND

Plaintiff, Roderick Dunbar, by and through his attorney, hereby demands a Jury Trial of all issues.

February 13, 2017                           Respectfully submitted,

                                            /s/ Herbert A. Sanders
                                            **HERBERT A. SANDERS (P43031)**
                                            THE SANDERS LAW FIRM, P.C.
                                            Attorney for the Plaintiff
                                            615 Griswold, Suite 913
                                            Detroit, MI 48226
                                            haslawpc@gmail.com
                                            Phone:  (313) 962-0099